AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>KAVEH LOTFOLAH AFRASIABI,<br>also known as "Lotfolah Kaveh Afrasiabi,"<br><br>*Defendant* | )<br>)<br>)   Case No.  21-MJ-50<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KAVEH LOTFOLAH AFRASIABI, also known as "Lotfolah Kaveh Afrasiabi"                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to Act as an Unregistered Foreign Agent, in violation of Title 18, United States Code, Section 371; and
   Acting as a Foreign Agent Without Registration, in violation of Title 22, United States Code, Sections 612 and 618(a)(1)

Date:   01/15/2021                                                                                *Lois Bloom*
                                                                                           _____
                                                                                                *Issuing officer's signature*

City and state:   Brooklyn, New York                                   Hon. Lois Bloom, United States Magistrate Judge
                                                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                                           _____
                                                                                                *Arresting officer's signature*

                                                                                           _____
                                                                                                *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: KAVEH LOTFOLAH AFRASIABI

Known aliases: Lotfolah Kaveh Afrasiabi

Last known residence: 342 Mount Auburn Street, Watertown, MA 02472

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                           Weight:

Sex:                                              Race:

Hair:                                             Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: