UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.  21-MJ-7006-JCB |
| ) | |
| KAVEH LOTFOLAH AFRASIABI ) | |
|   also known as "Lotfolah Kaveh ) | |
|   Afrasiabi" ) | |
|       Defendant ) | |

### AFFIDAVIT OF OUTSTANDING ARREST WARRANT
### PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, John E. Wong, Special Agent with the Federal Bureau of Investigation ("FBI"), do hereby make oath before the Honorable Judge Jennifer C. Boal, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one KAVEH LOTFOLAH AFRASIABI, also known as "Lotfolah Kaveh Afrasiabi," on a criminal complaint issued by  the United States District Court for the Eastern District of New York on January 15, 2021, charging the defendant with Conspiracy to Act as an Unregistered Foreign Agent, in violation of Title 18, United States Code, Section 371; and Acting as a Foreign Agent without Registration, in violation of Title 22, United States Code, Section 612 and 618(a)(1).  I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.  A copy of said warrant is attached.

/s/ John E. Wong
John E. Wong
Special Agent, FBI

Subscribed and sworn to before me this _19_ day of January, 2021.



Hon. Jennifer C. Boal
United States Magistrate Judge