UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                    Criminal Number: 1:21-mj-07006-JCB

KAVEH LOTFOLAH AFRASIABI

DEFENDANT'S MOTION FOR RELEASE ON CONDITIONS

Now comes the defendant through counsel and pursuant to Title 18 U.S.C. § 3142, respectfully requests that the Court release him pursuant to conditions and allow him to voluntarily appear in the United States District Court in the Eastern District of New York for future Court hearings. The defendant proposes certain conditions below, specifically that he post a secured cash bond, that he and family members execute unsecured bonds and that he be placed on electronic monitoring. The undersigned submits that these conditions are sufficient to ensure Kaveh Afrasiabi's appearance at future Court hearings and a possible trial in this case; and sufficiently address concerns of risk of flight.

**Biographical Information:**

The undersigned anticipates that the Pre-Trial Services department will report the following information to the Court concerning the defendant's personal background. Afrasiabi is 63 years old. He was born in Iran. He arrived in the United States at the age of fourteen and attended Thayer Academy in Braintree. He continued to study in the Boston area obtaining a bachelor's degree and doctorate. In 1984 he became a permanent resident of the United States. He was married and raised his daughter Sabrina here in the Boston area. He has maintained continuous residence in Massachusetts for over 45 years. He has been employed in various capacities over the years, partly in the academic world but primarily as a political scientist, author, and opinion commentator. He is the author of several books and is a frequent

writer on political affairs concerning his specialty of middle eastern affairs. Part of his employment over the years has been consulting work at the United Nations.

Afrasiabi has one child, his adult daughter Sabrina, who resides in Massachusetts with her husband.

The defendant has a criminal record that consists of a few prior offenses in the Cambridge District Court that resulted in dispositions of dismissal.

The undersigned argues that concerns of risk of flight are outweighed by the defendant's roots, family ties, history of legitimate employment and that the proposed conditions of release set forth below allay said flight concerns.

Mr. Afrsiabi appears as a good candidate for release on conditions pursuant to traditional factors enumerated in the federal bail statute. He has significant roots in the community, strong family ties, history of legitimate employment and a minor criminal record that shows a history of appearing for court hearings.

**Suggested Conditions:**

The undersigned argues that conditions can be set to ensure the defendant's appearance at future Court events. The undersigned suggests the following conditions:

1. That the defendant execute an unsecured bond in a significant amount;
2. That additional family members of the defendant execute secured bonds in significant amounts;
3. That the defendant post a $10,000 secured bond in cash;
4. That the defendant be subject to electronic monitoring and home confinement during the pendency of the case, with exceptions for verified work hours, medical and legal appointments;

5. That the defendant report in person or by telephone with the Office of Pre-Trial Services on a weekly basis during the pendency of this case;

6. That the defendant refrain from violating any federal or state laws;

7. That the defendant surrender his passport or that he agree to not apply for any such passport while out on release during the pendency of this case;

8. That the defendant refrain from any contact with any witness associated with the pending prosecution against him and that he agree to not to communicate with any person associated with the Iranian government;

9. That the defendant not possess a firearm or other dangerous weapon;

10. That the defendant not travel outside Massachusetts without seeking permission from the Probation Department with the exception of travel to the United States District Court in Brooklyn, New York for scheduled court appearances.

11. And any other further condition the Court believes appropriate to ensure the defendant's appearance at trial.

Wherefore, the defendant respectfully requests that he be released from custody during the pendency of this matter pursuant to the conditions referenced above and any other conditions that the Court deems appropriate.

Respectfully submitted,
**Kaveh Afrasiabi**,
By his lawyer,

*/s/ William Keefe*
**William Keefe**
BBO: 556817
801 C Tremont Street
Roxbury, MA 02118
Telephone (617) 442-9201
Facsimile (617) 445-8002

CERTIFICATE OF SERVICE

   I, William Keefe certify that on this 21st day of January 2021, I served this document on all lawyers of record with the Court's ecf filing system.

 Dated: January 21, 2021                 */s/ William Keefe*
                                                 William Keefe

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)**

Counsel states that he has conferred the prosecutor and continues to discuss the issues raised in this motion.

                              */s/ William Keefe*
                              William Keefe